| Fill in this information to identify the case: |
|---|
| Debtor name  GKNY 1 INC |
| United States Bankruptcy Court for the: Southern   District of New York (State) |
| Case number (If known): |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | K&S<br>22-19 160 St.<br>Whitestone, NY 11375 | 718-767-2808 | Supplier | unliquidated | | | $29,068.50 |
| 2 | Zeze Food<br>57-58 59th St.<br>Maspeth, NY 11378 | 718-326-2444 | supplier | unliquidated | | | $9,792.77 |
| 3 | Warner Ymb<br>514 Frelinghuysen Ave.<br>Newark, NJ 07114 | 718 292 -5000 | supplier | unliquidated | | | $14,460.48 |
| 4 | Kohler(Y&S)<br>1600 Center Ave.<br>Fort Lee, NJ 07024 | 201 312- 4353 | supplier | unliquidated | | | $395.90 |
| 5 | Boar's Head<br>37 Rumson Road<br>Massapequa, NY 11758 | 917 660 1717 | supplier | unliquidated | | | $1,835.97 |
| 6 | East Sea Corp<br>338 E. Columbia Ave.<br>Palisades Park, NJ 07650 | 917 992-3935 | supplier | unliquidated | | | $3,504.23 |
| 7 | Lucky Supply Inc<br>59-50 54th Ave.<br>Maspeth, NY 11378 | 718 898 8979 | supplier | unliquidated | | | $12,396.65 |
| 8 | New York Bagel<br>34-20 12th Street<br>Astoria, NY 11106 | 917 2391386 | supplier | unliquidated | | | $6,812.36 |

Debtor _____    Case number (if known) _____
       Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | White Coffee<br>18-35 38 St.<br>Long Island City, NY 11105 | 718 204 7900 | supplier | unliquidated | | | $2,503.24 |
| 10 | Derie(Queensboro Farm)<br>15 Grumman Rd<br>W. Bethpage, NY 11714 | 718 257 2040 | supplier | unliquidated | | | $2,077.14 |
| 11 | Lee & Giant<br>514 Frelinghuysen Ave.<br>Newark, NJ 07114 | 718 292 5000 | supplier | unliquidated | | | $11,568.87 |
| 12 | HWA 1290 III LLC, HWA 1290 IV LLC HWA 1290 V LLC as Tenant-In-common<br>c/o<br>VORNADO REALTY TRUST | VORNADO Realty Trust<br>210 Route 4 East<br>Paramus, NJ 07652 | Back rent during Covid being paid monthly ($9,180.04) in addition to current rent until December 2024 | unliquidated | | | $36,720.16 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2